Generated: May 10, 2024 4:18PM

Page 1/1



# U.S. District Court

## Texas Western - San Antonio

Receipt Date: May 10, 2024 4:18PM

TRENISS JEWELL EVANS
c/o CondenmedUSA
PO BOX 2357
CANYON LAKE, TX 78133

Rcpt. No: 4958         Trans. Date: May 10, 2024 4:18PM         Cashier ID: #DG

| CD  | Purpose                     | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-----------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                    | 1   | 405.00 | 405.00 |

| CD  | Tender |              |            | Amt      |
|-----|--------|--------------|------------|----------|
| CH  | Check  | #000654913   | 05/10/2024 | $405.00  |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 5:24-CV-480. IN RE: PETITIONER TRENISS EVANS, CONCERNING PEOPLE OF THE STATE OF NEW YORK V. DONALD J. TRUMP, JR., NEW YORK SUJPREME COURT, TRIAL DIVISION, MANHATTAN, IND. NO. 71543-23.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov