UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**TRENISS J. EVANS,**

  *Plaintiff*,

v.                              CASE NO. SA-24-CV-00480-JKP

**SUPREME COURT OF NEW YORK,
TRIAL DIVISION, CRIMINAL TERM,
FOR THE CITY OF MANHATTAN,
NEW YORK, ATTN: HONORABLE
ELLEN N. BIBEN, ADMINISTRATIVE
JUDGE; AND ALVIN BRAGG,
DISTRICT ATTORNEY FOR
MANHATTAN, NEW YORK;**

  *Defendants*.

## FINAL JUDGMENT

The Court sua sponte considered its jurisdiction to consider the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action for lack of subject matter jurisdiction.

    The Clerk of Court is DIRECTED to close the case.
    Plaintiff takes nothing.

SIGNED this 15th day of May, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE