F I L E D

JUN 0 4 2024

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
**SAN ANTONIO DIVISION**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| **TRENISS J. EVANS,** | NOTICE OF APPEAL |
| Plaintiff | TO A COURT OF APPEALS |
| | FROM A CIVIL JUDGMENT |
| v. | OF A DISTRICT COURT |
| **SUPREME COURT OF NEW YORK, TRIAL DIVISION, CRIMINAL TERM, FOR THE CITY OF MANHATTAN, NEW YORK, ATTN: HONORABLE ELLEN N. BIBEN, ADMINISTRATIVE JUDGE; AND ALVIN BRAGG, DISTRICT ATTORNEY FOR MANHATTAN, NEW YORK;** | Docket Number **SA-24-CV-00480-JKP** |
| Defendant | Judge: Hon. Jason Pulliman |

**TRENISS EVANS,** hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered *sua sponte* dismissing the Petition on grounds of subject matter jurisdiction (ECF Dkt. # 5, Filed May 15, 2024).

Plaintiff contends that this Honorable Court was mistaken in not finding jurisdiction because the precedents cited and the principles require an extraordinary case but Plaintiff contends that this is the extraordinary case to a great extent than the District Court credited. The precedents cited require a case of unusual consequences and this is that case.

Because there were no hearings, there are no transcripts that have yet to be ordered. Therefore any transcripts that exist (being none) have been ordered. I am paying the filing fee for the appeal in the Clerk's Office of the U.S. District Court.

Dated:  June 4, 2024                    RESPECTFULLY SUBMITTED,

Treniss J. Evans III
PO Box 2357
Canyon Lake, Texas 78133
Telephone:  (210) 571-2847
Treniss@CondemnedUSA.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I am also mailing a copy of the foregoing to the Respondents named in the original Petition, by U.S. Postal Service, Priority Mail, postage prepaid.

Treniss J. Evans III
c/o CondemnedUSA
PO Box 2357
Canyon Lake, Texas 78133
Telephone:  (210) 571-2847
Treniss@CondemnedUSA.com



# U.S. District Court

## Texas Western - San Antonio

### THIS IS A COPY

Receipt Date: Jun 4, 2024 3:51PM

TRENISS JEWELL EVANS
c/o CondenmedUSA
PO BOX 2357
CANYON LAKE, TX 78133

Rcpt. No: 5098                     Trans. Date: Jun 4, 2024 3:51PM                     Cashier ID: #TT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #1282 | 06/4/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov